**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**JUSTIN LLEWELLYN,**

                **Plaintiff,**                 9:20-cv-179
                                                                     (GLS/TWD)
        v.

**S. PEACOCK,**

                **Defendant.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:**<br>Justin Llewellyn<br>*Pro Se*<br>19-R-0168<br>Orleans Correctional Facility<br>3531 Gaines Basin Road<br>Albion, NY 14411 | |
| **FOR THE DEFENDANT:**<br>HON. LETITIA JAMES<br>New York State Attorney General<br>The Capitol<br>Albany, NY 12224 | LAUREN ROSE EVERSLEY<br>Assistant Attorney General |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Thérèse Wiley Dancks duly filed December 2, 2021.  (Dkt. No. 30.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 30) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant's motion to dismiss (Dkt. No. 29) is **GRANTED**; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 5) is **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice. Specifically, the Order shall be provided to plaintiff at his address of record (Orleans Correctional Facility) and the facility from which he was released (Sing Sing Correctional Facility).

**IT IS SO ORDERED.**

January 7, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge